UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA; the STATES OF
CALIFORNIA, FLORIDA, and NEW YORK,

*ex rel.* JUDITH SILVER,

Plaintiffs,

v.

DOCUSIGN, INC.,

Defendant.

**FILED UNDER SEAL**

22 Civ. 9611 (JLR)

## ORDER

The United States of America having now declined to intervene pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the Complaint filed by the relator in the above-captioned action, and the States of California, Florida, and New York (the "Plaintiff States") having also declined to intervene;

IT IS ORDERED THAT,

1.      The Complaint shall be unsealed thirty days after entry of this Order and, in the event that the relator has not moved to dismiss this action, service upon the defendant by the relator is authorized as of that date. If the relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relator may seek to modify this Order with the consent of the United States and the Plaintiff States or by motion on notice to the United States the Plaintiff States.

2.      All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the Complaint, this Order, and the Government's Notice of Decision to Decline Intervention and the Plaintiff States'

analogous notices of election to decline intervention (collectively, "Notices"). The Notices shall be served by the relator upon the defendant only after service of the Complaint.

3.      Upon the unsealing of the Complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

4.      The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States and the Plaintiff States. The United States and the Plaintiff States may order any transcripts of depositions. The United States and the Plaintiff States may seek to intervene with respect to the allegations in the relator's complaint, for good cause, at any time, or may seek dismissal of this action after intervention.

5.      All further orders of this Court in this matter shall be sent to the United States and the Plaintiff States by the relator.

6.      Should the relator propose that this action or any of its allegations be dismissed, settled or otherwise discontinued, the relator must solicit the written consent of the United States and the Plaintiff States before applying for Court approval.

Dated: New York, New York
_____February 2_____, 2026

SO ORDERED:

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE