UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, FLORIDA, AND NEW YORK, *ex rel.* JUDITH SILVER<br><br>                              Plaintiffs,<br><br>          -against-<br><br>DOCUSIGN, INC.,<br><br>                              Defendant. | No. 1:22-cv-09611 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

On May 11, 2026, the Court granted Relator, who is proceeding *pro se* and asserting claims under the False Claims Act ("FCA"), 31 U.S.C. § 3729, until June 10, 2026 to retain counsel in this action. Dkt. 12. The Court explained that *qui tam* action under the False Claims Act may not be pursued *pro se*, *see U.S. ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 93 (2d Cir. 2008), and warned Relator that failure to retain counsel by June 10, 2026 would result in dismissal of this action. No attorney has filed a Notice of Appearance, and Relator has not requested an extension to the aforementioned deadline. Accordingly, the case is dismissed without prejudice.

The Clerk of Court is directed to close this case.

Dated:    June 17, 2026
          New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge